# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 210 WAL 2014
:
                Respondent     :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
           v.              :
:
:
:
JULIAN EDWARD LARKINS,     :
:
                Petitioner      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.